NO. 29125

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

**Electronically Filed**
**Intermediate Court of Appeals**
**29125**
**29-SEP-2010**
**12:56 PM**

STATE OF HAWAIʻI, Respondent-Plaintiff-Appellee,

vs.

LOPETI LUI TUUA, Petitioner-Defendant-Appellant,

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0393)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Defendant-Appellant's application for writ of certiorari filed on August 19, 2010, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 29, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice

Matthew S. Kohm for
petitioner-defendant-appellant
on the application

---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Nacino, assigned by reason of vacancy.